Jeffrey L. Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendants*
*Wells Fargo Financial*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY M. BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, OCWEN LOAN SERVICING, LLC, WEST ASSET MANAGEMENT, INC., WELLS FARGO FINANCIAL, EXPERIAN INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No. 2:15-cv-02185-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND ~~PROPOSED~~ ORDER**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated and agreed by and between Plaintiff Kimberly Brown ("Ms. Brown"), through her attorney David Krieger, and Defendant Wells Fargo Financial ("Wells Fargo"), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Ms. Brown filed her Complaint on November 18, 2015 (Docket #1). Wells Fargo was served on November 24, 2015. In the interest of conserving client and judicial resources, Ms. Brown and Wells Fargo stipulate and agree that Wells Fargo shall have until **January 16, 2016** in which to file its responsive pleading. This is the parties' first request for an extension of time to

1 respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is
2 intended so the parties may discuss settlement.

4     DATED this 8th day of December, 2015.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By:  /s/ David Krieger<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Kimberly Brown* | By:  /s/ Tanya N. Peters<br>Jeffrey L Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant Wells Fargo Financial* |

- 2 -

**ORDER**

      **IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 16, 2016.**

**IT IS SO ORDERED.**

U.S. Magistrate JUDGE

DATED December, 8th , 2015.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Plaintiff*
*Wells Fargo Financial*

## **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION TO EXTEND DEFENDANT WELLS FARGO FINANCIAL'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by the method indicated below:

| _____ | U.S. Mail | _____ | Federal Express |
|---|---|---|---|
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

DATED this 8th day of December, 2015.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

23080781

- 4 -