WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz Esq.
Nevada Bar No. 0050
Jessica E. Chong, Esq.
Nevada Bar No. 13845
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jchong@wrightlegal.net
*Attorneys for Defendant,*
*Ocwen Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY M. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; WEST ASSET MANAGEMENT, INC.; WELLS FARGO FINANCIAL; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02185-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT OCWEN LOAN SERVICING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kimberly M. Brown ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Defendant"), by and through their undersigned counsel, stipulate and agree to extend Defendant's response to Plaintiff's Complaint for thirty (30) days.

///

///

///

- 1 -

Plaintiff filed her complaint on November 17, 2015. (Docket #1). Thereafter, Defendant was served with the Complaint on November 24, 2015. Defendant's current deadline to respond to Plaintiff's Complaint is December 15, 2015.

Plaintiff and Defendant stipulate and agree that Defendant will have until January 14, 2016 in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice any party. A trial date has not been set in this matter.

DATED this 10th of December, 2015

| | |
|---|---|
| **DAVID H. KRIEGER, ESQ.** | **WRIGHT FINDLAY & ZAK, LLP** |
| */s/ David H. Krieger (with permission)*<br>David H. Krieger, Esq.<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff*<br>*Kimberly M. Brown* | */s/ Jessica E. Chong*<br>Dana Jonathon Nitz Esq.<br>Jessica E. Chong, Esq.<br>7787 W. Sahara Ave. Ste.200<br>Las Vegas, NV 89117<br>*Attorney for Defendant*<br>*Ocwen Loan Servicing, LLC* |

## ORDER

**IT IS SO ORDERED** that Defendant Ocwen Loan Servicing, LLC shall have until January 14, 2016 in which to file its responsive pleading to Plaintiff Kimberly M. Brown's Complaint.

**IT IS SO ORDERED.**

~~UNITED STATES DISTRICT COURT,~~
**UNITED STATES MAGISTRATE JUDGE**
DATED: December 14, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that service of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT OCWEN LOAN SERVICING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was made on the 10th day of December, 2015, by electronic service to:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff
Kimberly M. Brown*

Tanya N. Peters
Jeffrey L. Willis
Snell & Wilmer, L.L.P.
One South Church Avenue
Tucson, Arizona 85701
*Attorney for Defendant, Wells Fargo Financial*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP