1  **SHANNON G. SPLAINE, ESQ.**
   Nevada Bar No. 8241
2  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   3960 Howard Hughes Parkway
3  Suite 200
   Las Vegas, Nevada 89169-5968
4  Telephone:   (702) 257-1997
   Facsimile:   (702) 257-2203
5  ssplaine@lgclawoffice.com

6  Attorneys Defendant,
   WEST ASSET MANAGEMENT, INC.
7

8                UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10 | KIMBERLY M. BROWN,                          | Case No: 2:15-cv-02185-APG-VCF |
11 |         Plaintiff,                          |                                |
12 |         vs.                                 | **STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
13 | BANK OF AMERICA, NATIONAL ASSOCIATION, OCWEN LOAN SERVICING, INC., WEST ASSET MANAGEMENT, INC., WELLS FARGO FINANCIAL, EXPERIAN INFORMATION SOLUTIONS, INC., | |
16 |         Defendants.                         |                                |

        COME NOW, Plaintiff, KIMBERLY M. BROWN, by and through her undersigned counsel, DAVID J. KRIEGER of Haines & Krieger, LLC, and Defendant, WEST ASSET MANAGEMENT, INC., by and through its counsel, SHANNON G. SPLAINE of Lincoln, Gustafson & Cercos, LLP and hereby stipulate and agree that the time for Defendant, WEST ASSET MANAGEMENT, INC., to file and serve a responsive pleading to Plaintiff's Complaint [Dkt. No. 1] be extended for an additional twenty-one (21) days.

///

///

///

///

WEST ASSET MANAGEMENT, INC.'s response to Plaintiff's Complaint is currently due for filing and service on or before December 23, 2015, and with this extension, WEST ASSET MANAGEMENT, INC.'s response will be due for filing and service no later than January 13, 2016.

DATED: December 14, 2015.                    DATED: December 14, 2015.

**HAINES & KRIEGER, LLC**                    **LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ David H. Krieger

_____                    _____
**DAVID H. KRIEGER, ESQ.**                   **SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 9086                          Nevada Bar No. 8241
8985 S. Eastern Ave., Suite 350              3960 Howard Hughes Parkway, Suite 200
Henderson, NV 89123                          Las Vegas, Nevada 89169-5968
Attorneys Plaintiff,                         Attorneys Defendant,
KIMBERLY M. BROWN                            WEST ASSET MANAGEMENT, INC.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate
Date: _____

December 15, 2015

v:\a-e\brown_westasset\atty notes\drafts\pldgs\20151214_sao_extend time to ans.docx

-2-