DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY M. BROWN,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; OCWEN LOAN SERVICING, LLC; WEST ASSET MANAGEMENT, INC.; WELLS FARGO FINANCIAL; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | Case No.:  2:15-cv-2185-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME BANK OF AMERICA N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Bank of America, N.A. (**BANA**) thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff Kimberly Brown's (**Plaintiff**) complaint. Plaintiff filed her complaint on November 17, 2015. ECF No. 1. Pursuant to Stipulation of the parties, BANA shall have until January 16, 2016 to file a responsive pleading. This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{36940707;1}

This is the parties' first request for an extension.

DATED this 14th day of December, 2015.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Bank of America, N.A.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 15, 2015

{36940707;1}    2