1

David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
Kimberly M. Brown

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kimberly M. Brown,<br><br>                    Plaintiff,<br>v.<br>BANK OF AMERICA, NATIONAL ASSOCIATION, OCWEN LOAN SERVICING, LLC, WEST ASSET MANAGEMENT, INC., WELLS FARGO FINANCIAL, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No.:  **2:15-cv-02185-APG-VCF**<br><br>**STIPULATION AND ORDER TO AMEND THE COMPLAINT**<br><br>         **(First Request)** |

### <u>STIPULATION AND ORDER TO AMEND COMPLAINT</u>

Plaintiff Kimberly M. Brown and Defendants WELLS FARGO FINANCIAL NATIONAL BANK (WELLS FARGO), EXPERIAN INFORMATION SOLUTIONS, INC. (EXPERIAN), BANK OF AMERICA, NATIONAL ASSOCIATION (BOA) and OCWEN LOAN SERVICING, LLC (Ocwen) (collectively the "Parties") respectfully submit the following Stipulation

permitting the Plaintiffs to file a first amended complaint (hereinafter "FAC", attached hereto as **Exhibit "1"**).

The FAC clarifies the claims and allegations against the remaining Defendants and this FAC in being filed to expedite resolution in these matters.

IT IS SO STIPULATED.

Dated February 9, 2016.                          Dated February 9, 2016.

/s/ David Krieger, Esq                           /s/ Tanya N. Peters, Esq.
David Krieger, Esq.                              Tanya N. Peters, Esq.
Haines & Krieger, LLC                            Snell & Wilmer, LLP
*Attorneys for Plaintiff*                        *Attorneys for Defendant Wells Fargo*

/s/ Dana J. Nitz                                 /s/ Jennifer L. Braster, Esq.
Dana J. Nitz                                     Jennifer L. Braster, Esq.
Wright, Finlay & Zak, LLP                        Maupin Naylor Braster
*Attorneys for Defendant Ocwen*                  *Attorneys for Defendant Experian*

/s/ Matthew Knepper, Esq.
Matthew Knepper, Esq.
Akerman, LLP
*Attorneys for Defendant Bank of America*

## **ORDER**

IT IS SO ORDERED that this Stipulation and Order to Amend the Complaint is hereby **GRANTED**.

IT IS FURTHER ORDERED, that the Plaintiff shall file the FAC within seven (7) of entry of this Order.

_____
U.S. DISTRICT COURT JUDGE

DATED: February 9, 2016