Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendants*
*Wells Fargo Financial*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY M. BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, OCWEN LOAN SERVICING, LLC, WEST ASSET MANAGEMENT, INC., WELLS FARGO FINANCIAL, EXPERIAN INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No. 2:15-cv-02185-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO FINANCIAL'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated and agreed by and between Plaintiff Kimberly Brown ("Ms. Brown"), through her attorney David Krieger, and Defendant Wells Fargo Financial ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Ms. Brown filed her First Amended Complaint ("FAC") on February 9, 2016 (Docket #31).  The current deadline for Wells Fargo to respond to Plaintiff's FAC is February 26, 2016. The parties are currently in the process of resolving this matter.  In the interest of conserving client and judicial resources, Ms. Brown and Wells Fargo stipulate and agree that Wells Fargo shall have until **March 18, 2016** to file its responsive pleading.  This is the parties' first request

for an extension of time to respond to the FAC and is not intended to cause any delay or prejudice to any party, but is intended so the parties may effectuate a possible settlement in this case.

DATED this 26th day of February, 2016.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ David Krieger*<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Kimberly Brown* | By: */s/ Tanya N. Peters*<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant Wells Fargo Financial* |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before March 18, 2016.**

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED February, __29__, 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Plaintiff*
*Wells Fargo Financial*

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO FINANCIAL'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | __X__ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

DATED this 26th day of February, 2016.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

23596910

- 4 -