Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendants*
*Wells Fargo Financial*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY M. BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, OCWEN LOAN SERVICING, LLC, WEST ASSET MANAGEMENT, INC., WELLS FARGO FINANCIAL, EXPERIAN INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No. 2:15-cv-02185-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO FINANCIAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff Kimberly Brown ("Ms. Brown"), through her attorney David Krieger, and Defendant Wells Fargo Financial ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

1. Defendant Wells Fargo shall be dismissed from this case, without prejudice;

2. Those parties shall bear their own attorneys' fees and costs associated with this action.

DATED this 3rd day of March, 2016.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ David Krieger<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Kimberly Brown* | By: /s/ Tanya N. Peters<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant Wells Fargo Financial* |

## **ORDER**

IT IS HEREBY ORDERED that Wells Fargo Financial is DISMISSED without prejudice from this action, each side to bear its own fees and costs.

Dated: March 3, 2016.

_____
UNITED STATES DISTRICT JUDGE