WRIGHT, FINLAY & ZAK, LLP
Dana J. Nitz, Esq.
Nevada Bar No. 0050
Jessica E. Chong, Esq.
Nevada Bar No. 13845
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
jchong@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY M. BBROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; WEST ASSET MANAGEMENT, INC.; WELLS FARGO FINANCIAL; EXPERIAN INFORMATION SOLUTUONS, INC.,<br><br>　　　　Defendants. | Case No.:　2:15-cv-02185-APG-VCF<br><br>**STIPULATION AND ORDER FOR THE DISMISSAL OF DEFENDANT OCWEN LOAN SERVICING, LLC** |

/ / /

/ / /

/ / /

1  IT IS HEREBY STIPULATED between David H. Krieger, attorney for Plaintiff Kimberly M. Brown, and Jessica E. Chong, attorney for Defendant Ocwen Loan Servicing, LLC, that all claims for and against Ocwen Loan Servicing, LLC in the above-entitled action should be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 16th of March, 2016

| HAINES AND KRIEGER, LLC | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| */s/ David H. Krieger (with permission)* <br> David H. Krieger, Esq. <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* <br> *Kimberly M. Brown* | */s/ Jessica E. Chong* <br> Dana Jonathon Nitz Esq. <br> Jessica E. Chong, Esq. <br> 7787 W. Sahara Ave. Ste.200 <br> Las Vegas, NV 89117 <br> *Attorney for Defendant* <br> *Ocwen Loan Servicing, LLC* |

### ORDER FOR DISMISSAL WITH PREJUDICE

IT IS SO ORDERED that all claims for and against Ocwen Loan Servicing, LLC in the above-entitled matter are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT

DATED: March 17, 2016