**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KIMBERLY M. BROWN,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, *et al.*,<br><br>   Defendants. | Case No. 2:15-cv-02185-APG-VCF<br><br>**ORDER SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

  In light of the notice of settlement (ECF No. 42),

  IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated as to defendant Experian Information Solutions, Inc.

  IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss defendant Experian Information Solutions, Inc. on or before July 19, 2016.

  DATED this 3rd day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE