David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Kimberly M. Brown*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Kimberly M. Brown,

        Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, OCWEN LOAN SERVICING, LLC, WEST ASSET MANAGEMENT, INC., WELLS FARGO FINANCIAL, EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendants.

Case No. 2:15-cv-02185-APG-VCF

**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

    Plaintiff Kimberly M. Brown hereby moves that the above-entitled action

…

…

…

…

…

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:           July 19, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/Jennifer L. Braster, Esq. <br> Maupin Naylor Braster <br> *Attorney for Defendant Experian Information Solutions, Inc.* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 20, 2016